JENNIFER K. HOSTETLER
Nevada Bar No. 11994
JHostetler@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)
*Attorneys for Defendant*
*PNS Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND ZINKOWSKI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BIG LOTS 4491, a business entity;<br>PNS STORES, INC., a business entity;<br>JOHN and JANE, DOES I through X, AND<br>ROE ENTITIES, I through X,<br>                              Defendants. | Case No.:  2:12-cv-00261-GMN-VCF<br><br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

///

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3298706.

1

2      IT IS HEREBY stipulated by and between the parties hereto, through their respective

3  counsel of record, that the above-entitled action is dismissed with prejudice.  Each party to pay

4  their own costs and attorneys' fees.

5      DATED this  1st day of February, 2013.

6  DANIEL MARKOFF                          LEWIS AND ROCA LLP

7

8  BY:                                     BY:

9  DANIEL MARKOFF                          JENNIFER K. HOSTETLER
   Nevada Bar No. 321                      Nevada Bar No. 11994
10 820 S. 7th Street, Ste. A               3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89101                Las Vegas, Nevada  89169
11 Attorney for Plaintiff                  Attorney for Defendants

12

13

14                          **ORDER**

15     **IT IS SO ORDERED** this 4th day of February, 2013.

16

17

18     _____

19     Gloria M. Navarro
       United States District Judge

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2-

3298706.1